**E-FILED**
Monday, 07 February, 2011 11:16:19 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
**PEORIA DIVISION**

| | | |
|---|---|---|
| MICHAEL LEE BROWN, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 11-cv-1006 |
| GUY PIERCE, | ) | |
| Respondents. | ) | |

## O P I N I O N  &  O R D E R

On January 10, 2011, this Court entered an Opinion and Order transferring Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 to the United States District Court for the Northern District of Illinois. (Doc. 5). On January 20, 2011, Petitioner filed the instant Motion (Doc. 6), asking the Court to reconsider its decision to transfer the case to the Northern District.[1]

Although the Court does not believe that its transfer order was in error, even if it did it could not now reconsider its Order because the Petition has already been transferred to the United States District Court for the Northern District of Illinois, thereby depriving this Court of jurisdiction. Accordingly, Petitioner's Motion before this Court is MOOT. If Petitioner believes that this action should be transferred back to the Central District, he should file such motion in the Northern District of Illinois. IT IS SO ORDERED. CASE TERMINATED.

---

[1] Because the Petitioner is asking this Court to reconsider its ruling, the Court construes the Motion as a Motion for Reconsideration rather than a Notice of Appeal, as it was labeled by Petitioner.

Entered this 7th day of February, 2011.

                                                        s/ Joe B. McDade
                                            JOE BILLY McDADE
                                United States Senior District Judge